1024

[Nos. 12730–0–II; 13430–6–II.   Division Two.   October 8, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
LEWIS CULTEE, *Appellant*.

*In the Matter of the Personal Restraint of*
RICHARD LEWIS CULTEE, *Petitioner*.

Appeal from a judgment of the Superior Court for Mason
County, No. 88–1–00116–2, James B. Sawyer II, J., entered
February 27, 1989, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Petrie, J. Pro Tem.,
concurred in by Alexander, C.J., and Petrich, J.

[No. 12862–4–II.   Division Two.   October 8, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DORINE
CRAWFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 88–1–00745–4, Robert L. Harris, J., entered
May 12, 1989. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12341–0–II.   Division Two.   October 8, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEE
SAHAR, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 87–1–00131–7, Grant S. Meiner, J.,
entered September 23, 1988. *Affirmed* by unpublished
opinion per Alexander, C.J., concurred in by Petrich and
Worswick, JJ.